NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

E.L.A.,                                     )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D18-1861
                                            )
M.F.M.,                                     )
                                            )
            Appellee.                       )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough County;
Melissa M. Polo, Judge.

E.L.A., pro se.

Lawrence J. Hodz and Sara K. Peacock of
Cortes Hodz Family Law & Mediation, P.A.,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.